IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLPH GIVENS (a/k/a KEVIN ROSS) : | |
| : | |
| v. : | CIVIL ACTION NO. 02-3154 |
| : | |
| DONALD T. VAUGHN, ET AL. : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this           day of          ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable JACOB P. HART, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, J.

civrr